**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed May 12, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00404-CR

### IN RE KERWIN PENNICK, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**390th District Court**
**Travis County, Texas**
**Trial Court Cause No. 9024023**

## MEMORANDUM OPINION

On May 1, 2015, relator Kerwin Pennick filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Julie Kocurek, presiding judge of the 390th District Court of Travis County, to rule on his request to compel the Travis County District Clerk to provide him with trial records and the cost of such records.

Section 22.221 of the Texas Government Code expressly limits the mandamus jurisdiction of the court of appeals to: (1) writs against a "judge of a district or county court in the court of appeals district"; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. Travis County is not within our appellate district. *See* Tex. Gov't Code Ann. § 22.201(o) (West. Supp. 2014). Instead, Travis County is within the Third Court of Appeals district. *Id.* § 22.201(d). Because Travis County is not in our appellate district and it is not necessary to enforce this court's jurisdiction, we have no authority to issue a writ of mandamus directed at the presiding judge of the 390th District Court.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).